JOHNSON, Respondent, v. GIRDWOOD, Appellant.

(Common Pleas of New York City and County, General Term.   May 17, 1894.)

Action by Joseph W. Johnson against James Girdwood.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Jas. Dunne, for appellant.
E. S. Clinch, for respondent.
No opinion.   Motion for reargument granted.   See 28 N. Y. Supp. 151.

MARSCHALL et al., Appellants, v. EISEN VINEYARD CO., Respondent.

(Common Pleas of New York City and County, General Term.   May 17, 1894.)

Action by August Marschall and others against the Eisen Vineyard Company.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Rose & Putzel, for appellants.
Douglass & Minton, for respondent.
No opinion.   Motion for leave to appeal to the court of appeals denied, with $10 costs.   See 28 N. Y. Supp. 62.

MEYERS et al., Appellants, v. STIX et al., Respondents.

(Common Pleas of New York City and County, General Term.   May 17, 1894.)

Action by George H. Meyers and another against Lena Stix and another. Plaintiffs appeal from a judgment of the general term of the city court.   28 N. Y. Supp. 90.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

Charles Meyers, for appellants.
Samuel W. Weiss, for respondents.

PER CURIAM.   We see little or no difference between the facts as presented on the former trial (reported in 13 N. Y. Supp. 301) and upon this.   On the former appeal we held that there was a trilateral agreement between the parties, and we see no reason to recede from that, upon the facts presented in this.   We think, therefore, this judgment is proper, and should be affirmed, with costs.

PARMLEE, Respondent, v. ASSOCIATED PHYSICIANS & SURGEONS, Appellant.

(Common Pleas of New York City and County, General Term.   May 17, 1894.)

Action by Samuel B. Parmlee against the Associated Physicians & Surgeons.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ
C. De Hart Brower, for appellant.
D. B. Simpson, for respondent.
No opinion.   Motion for reargument granted, provided the case is argued at the additional general term in June.